**EXHIBIT A**

**Customer - 34849 Achille Enterprises, Inc.**

| Invoice Date | Invoice Number | Amount |
|---|---|---:|
| September 10, 2021 | INV21064796 | $ 1,743.50 |
| September 15, 2021 | INV21067289 | 1,657.96 |
| September 19, 2021 | INV21069466 | 479.00 |
| September 19, 2021 | INV21069605 | 92.30 |
| September 19, 2021 | INV21069407 | 769.14 |
| September 19, 2021 | INV21069608 | 358.67 |
| September 19, 2021 | INV21069428 | 469.27 |
| September 20, 2021 | INV21070265 | 19.81 |
| September 28, 2021 | INV21074408 | 50.04 |
| September 28, 2021 | INV21074426 | 5,611.91 |
| September 29, 2021 | INV21075188 | 23.03 |
| October 1, 2021 | INV21088517 | 2,361.66 |
| October 1, 2021 | INV21088028 | 68.12 |
| October 6, 2021 | INV21080728 | 31.57 |
| October 6, 2021 | INV21080715 | 257.76 |
| October 6, 2021 | INV21080747 | 931.85 |
| October 6, 2021 | INV21080717 | 1,028.52 |
| October 7, 2021 | INV21081425 | 24.72 |
| October 9, 2021 | INV21081966 | 48.71 |
| October 9, 2021 | INV21081962 | 9.60 |
| October 11, 2021 | INV21083120 | 43.74 |
| November 16, 2021 | INV21102216 | 86.40 |
| November 29, 2021 | INV21106986 | 6,458.58 |
| December 8, 2021 | INV21111638 | 127.20 |
| December 20, 2021 | INV21115633 | 25.63 |
| December 20, 2021 | INV21115634 | 25.25 |
| December 20, 2021 | INV21115635 | 12.62 |
| December 20, 2021 | INV21115645 | 15.68 |
| December 20, 2021 | INV21115666 | 1,707.87 |
| December 20, 2021 | INV21115644 | 111.46 |
| December 20, 2021 | INV21115665 | 264.44 |
| December 20, 2021 | INV21115632 | 66.19 |
| December 20, 2021 | INV21115669 | 759.34 |
| December 28, 2021 | INV21119837 | 3,017.56 |
| December 28, 2021 | INV21119832 | 3,808.74 |
| December 30, 2021 | INV21121176 | 24.72 |
| December 30, 2021 | INV21120450 | 48.28 |
| January 2, 2022 | INV21121472 | 6,064.20 |
| January 12, 2022 | INV21124825 | 2,456.21 |
| January 19, 2022 | INV21127713 | 80.75 |
| January 19, 2022 | INV21127648 | 559.84 |

| Date | Invoice | Amount |
|---|---|---:|
| January 19, 2022 | INV21127909 | 125.10 |
| January 19, 2022 | INV21128115 | 1,446.49 |
| January 19, 2022 | INV21127906 | 5.91 |
| January 19, 2022 | INV21127758 | 319.63 |
| January 19, 2022 | INV21127874 | 12.11 |
| January 19, 2022 | INV21127974 | 178.41 |
| January 19, 2022 | INV21127800 | 35.81 |
| January 19, 2022 | INV21128069 | 474.09 |
| January 26, 2022 | INV21130648 | 27.42 |
| January 26, 2022 | INV21130531 | 185.04 |
| January 26, 2022 | INV21130930 | 1,880.21 |
| January 26, 2022 | INV21130373 | 515.58 |
| January 26, 2022 | INV21130368 | 16.53 |
| January 26, 2022 | INV21130329 | 599.38 |
| January 26, 2022 | INV21130719 | 80.65 |
| January 26, 2022 | INV21130863 | 1,336.89 |
| February 2, 2022 | INV21133580 | 38.29 |
| February 2, 2022 | INV21133731 | 19.86 |
| February 2, 2022 | INV21133066 | 870.82 |
| February 2, 2022 | INV21134088 | 37.94 |
| February 2, 2022 | INV21133470 | 49.28 |
| February 2, 2022 | INV21133260 | 65.00 |
| February 2, 2022 | INV21133422 | 44.05 |
| February 2, 2022 | INV21134014 | 446.65 |
| February 10, 2022 | INV21137206 | 12.08 |
| February 10, 2022 | INV21137119 | 1,129.86 |
| February 10, 2022 | INV21137135 | 560.00 |
| February 10, 2022 | INV21137133 | 3,358.38 |
| February 10, 2022 | INV21137139 | 78.11 |
| February 10, 2022 | INV21137323 | 2,066.29 |
| February 10, 2022 | INV21137288 | 567.00 |
| February 10, 2022 | INV21137132 | 1,944.60 |
| February 11, 2022 | INV21137629 | 6,072.03 |
| February 11, 2022 | INV21137567 | 2,429.60 |
| February 11, 2022 | INV21137570 | 3,405.84 |
| February 11, 2022 | INV21137575 | 1,786.65 |
| February 16, 2022 | INV21138700 | 46.34 |
| February 16, 2022 | INV21138809 | 111.56 |
| February 16, 2022 | INV21138979 | 1,831.39 |
| February 16, 2022 | INV21138596 | 644.60 |
| February 16, 2022 | INV21138801 | 106.77 |
| February 16, 2022 | INV21138805 | 20.88 |
| February 16, 2022 | INV21138833 | 22.94 |
| February 18, 2022 | INV21139462 | 4.49 |
| February 18, 2022 | INV21139492 | 13.66 |
| February 24, 2022 | INV21141250 | 17.38 |
| February 24, 2022 | INV21141233 | 26.30 |

| Date | Invoice | Amount |
|---|---|---:|
| February 24, 2022 | INV21141188 | 21.08 |
| February 24, 2022 | INV21141373 | 2,224.36 |
| February 24, 2022 | INV21141368 | 859.26 |
| February 24, 2022 | INV21141262 | 9.83 |
| March 2, 2022 | INV21142680 | 343.76 |
| March 5, 2022 | INV21143650 | 116.10 |
| March 5, 2022 | INV21143641 | 116.10 |
| March 9, 2022 | INV21144810 | 675.72 |
| March 9, 2022 | INV21144660 | 10.40 |
| March 9, 2022 | INV21144607 | 936.23 |
| March 9, 2022 | INV21144604 | 163.38 |
| March 10, 2022 | INV21144939 | 29.34 |
| March 10, 2022 | INV21144944 | 75.21 |
| March 10, 2022 | INV21145020 | 55.56 |
| March 10, 2022 | INV21144942 | 8.27 |
| March 10, 2022 | INV21144937 | 67.68 |
| March 10, 2022 | INV21145055 | 8,955.40 |
| March 10, 2022 | INV21144943 | 48.62 |
| March 10, 2022 | INV21145092 | 69.71 |
| March 10, 2022 | INV21145038 | 170.58 |
| March 10, 2022 | INV21145032 | 16,165.82 |
| March 16, 2022 | INV21146039 | 895.72 |
| March 17, 2022 | INV21146270 | 4,334.91 |
| March 17, 2022 | INV21146241 | 614.60 |
| March 22, 2022 | INV21146648 | 592.44 |
| March 24, 2022 | INV21147174 | 6,018.26 |
| March 30, 2022 | INV21147879 | 3,848.52 |

**Total of unpaid invoices**  124,296.59

**Offsetting credit memos issued**  (12,207.97)

**Net amount due**  $ 112,088.62

**Date of last payment**  April 26, 2022

**Amount of last payment**  $ 20,495.54